JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES NYERGES, an individual

Plaintiff,

vs.

SHAKE SHACK ENTERPRISES, LLC, a New York limited liability company; and DOES 1 through 20, inclusive,

Defendants.

**CASE NO.: 2:24-cv-10754-DSF (Ex)**

[*Assigned for all purposes to Hon. Judge Dale S. Fischer, Courtroom 7D - First Street Courthouse*]

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Action Filed: November 4, 2024
Trial date: January 12, 2027

The Court, having reviewed the Stipulation of Dismissal with Prejudice filed by the Parties in the above-captioned action, and good cause appearing:

IT IS HEREBY ORDERED as follows:

This action, including all claims asserted herein, is DISMISSED in its entirety and with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs incurred in this action. The Court retains jurisdiction over this action solely for the purpose of enforcing the terms of the Parties' settlement agreement. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: September 30, 2026 ______________________

Honorable Judge Dale S. Fischer
United States District Judge